COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 1/21/26

**FILED**
**U.S. District Court**
**District of Kansas**
01/21/2026
**Clerk, U.S. District Court**
**By:** AS **Deputy Clerk**

United States of America,

Plaintiff,

v.                                                      Case No. 25-10125-01-JWB

Steven Parish,

Defendant.

JUDGE: ☒ Birzer ☐ Severson                AUSA: Aaron Smith
DEPUTY CLERK: ☒ Anderson ☐ Vaughn          DEFENSE COUNSEL: Sylvia Penner
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt   TAPE NO.: 1:49 - 2:00

☐ Ping    ☐ Rivera    ☐ Vilaythong
☐ Sworn

## PROCEEDINGS

☒ Initial Appearance          ☐ Detention Hearing           ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)        ☐ Preliminary Hearing         ☐ Pretrial Conference
☐ Sentencing                  ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment    ☐ Reading waived     ☐ Read to Defendant        ☐ Not Guilty Plea Entered

☐ Complaint ☒ Superseding Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 34 ☒ Forfeiture
☒ Felony          ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn          ☒ Examined re: financial status          ☒ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☒ Oral Motion by ☒ Government / ☐ Defendant for detention hearing; ☒ granted. ☐ denied.
☒ Oral Motion by ☐ Government / ☒ Defendant for continuance of detention hearing; ☒ granted. ☐ denied.
☒ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered          ☐ Bond fixed at: $ _____          ☐ Continued on present bond/conditions
☐ Detention ordered        ☒ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
☐ per the Scheduling Order of Judge _____
☒ on 1/28/26 _____ at 1:30 ☐ a.m. ☒ p.m. before Judge Birzer (326)
for ☒ detention hearing ☒ arraignment ☐ prelim hearing ☐ _____

NOTES: _____