COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

FILED
U.S. District Court
District of Kansas

2/6/2026

Clerk, U.S. District Court
By ___mv___ Deputy Clerk

Date: 2/6/26

United States of America,

Plaintiff,

v.

Steven Parish ,

Defendant.

Case No. 25-10125-01-JWB

JUDGE: ☐ Birzer ☑ Severson
DEPUTY CLERK: ☐ Anderson ☑ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: Aaron Smith
DEFENSE COUNSEL: Sylvia Penner
TAPE NO.: 2:46 - 2:49

## PROCEEDINGS

☐ Initial Appearance
☐ Initial Rule 5(c)(3)
☐ Sentencing
☐ In-Court Hearing: _____
☑ Arraignment    ☑ Reading waived
(2 min)

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☑ Pretrial Conference

☑ Not Guilty Plea Entered

☐ Complaint ☑ Indictment ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts: 34 ☑ Forfeiture
☑ Felony        ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn        ☐ Examined re: financial status        ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☑ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered        ☐ Bond fixed at: $ _____        ☐ Continued on present bond/conditions
☐ Detention ordered        ☐ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
☑ per the Scheduling Order of Judge Broomes
☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____