# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                      CASE NO.  25-10125-01, 02, 03-JWB

STEVEN PARISH,
RICHARD DEAN, and
JOSHUA OWEN

        Defendants.

### JOINT MOTION TO DESIGNATE CASE AS COMPLEX AND REQUEST FOR CONTINUANCE AND EXCLUDABLE TIME COMPUTATIONS

The United States of America, by and through Aaron L. Smith and Katherine J. Andrusak, Assistant United States Attorneys for the District of Kansas, Sylvia Penner, attorney for Steven Parish, Salvatore Intagliata, attorney for Richard Dean, and Michael Shultz, attorney for Joshua Owen, respectfully requests that this Court designate this case as complex and unusual. 18 U.S.C. § 3161(h)(7)(B)(ii). The parties submit this motion as a request to set a status hearing to establish deadlines for discovery, plea negotiations, the filing of motions and responses, and to establish a trial date. The parties would jointly request that the Court designate the time as excludable time under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

The parties believe that the unusual and complex nature of this case requires the case to proceed at a slower pace than is provided under 18 U.S.C. § 3161. Currently the status conference is set for May 26, 2026, and the Jury Trial is set for June 8, 2026.  Under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) the Court may grant a continuance and a speedy trial exclusion for a period of delay if the Court finds that the ends of justice are served by granting a continuance outweigh the interest of the public and the defendant in a speedy trial. Among the factors to be considered when a Court determines whether to grant such a continuance under § 3161(h)(7)(A) and (B)(ii) are:

> Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

18 U.S.C. § 3161(h)(7)(B)(ii).

This is an unusual and complex case, due to the following factors:

1.      The Indictment contains multiple financial crime counts which encompass thousands of financial transactions between multiple different financial institutions.

2.      Discovery in this case is significant and involves voluminous financial records. The United States is has provided discovery in this case as efficiently as possible, however there are physical caches of records that may also need to be examined. Further, the investigation was preceded by two civil enforcement actions undertaken by State agencies in Kansas and Oklahoma.

2

3.     This case involves nearly a decade of bank records and business activity from multiple different financial institutions with nuanced and specific transactions making up the criminal activity. Defense has thousands of pages of financial records to review. The review of this discovery will be time consuming for defense counsel to review, organize, and digest the materials in a meaningful way within the normal time limits imposed by 18 U.S.C. § 3161.

4.     It is anticipated that defense counsel may file motions within this case. The completion of these motions, and United States' responses, will require time consuming preparation and research for everyone involved.

5.     The defendant is entitled to reasonable time for effective preparation. 18 U.S.C. § 3161 (h)(7)(B)(iv). The parties respectfully request this Court to find that it would be unreasonable to expect adequate preparation for pretrial proceedings, and the trial itself, within the normal time limits. Consequently, the parties move this Court for an order granting the relief requested and the continuance of the trial in this matter.

Wherefore, the United States requests that the Court declare this case an unusual and complex case under 18 U.S.C. §3161(h)(7)(A), allowing the case to proceed outside the normal time limits imposed by 18 U.S.C. § 3161(c). The parties further request that the Court find that the previously stated factors demonstrate that the ends of justice served by

3

granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

RESPECTFULLY SUBMITTED,

MATT TREASTER
First Assistant United States Attorney

s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
aaron.smith3@usdoj.gov

s/Katherine J. Andrusak
KATHERINE J. ANDRUSAK, # 25961
Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
katie.andrusak@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for defense.

s/Aaron L. Smith
AARON L. SMITH
Assistant United States Attorney

4