IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>STEVEN PARISH,<br>Defendant. | ) | Case No. 6:25-cr-10125-AJP-01 |

MOTION FOR CONTINUANCE

Defendant, Steven Parish, by and through his counsel of record Sylvia B. Penner, moves this Court for a sixty (60) day continuance of the status conference. The pretrial motions deadline and jury trial are not currently scheduled due to complex case status.

Counsel was appointed to represent Mr. Parish on January 21, 2026 and written discovery was received shortly thereafter. An initial round of discovery was issued at the onset of this case; however, a second round of discovery was not received until August of 2026. Additional discovery is being sent by the government as of September 23, 2026, and Defendant is not yet in receipt of that discovery. Additional time is needed to receive and to further analyze discovery, review it with Mr. Parish, investigate the charges and possible defenses, and prepare pretrial motions, if any. Additionally, there is a significant amount of physical evidence located outside of the State of Kansas that will require counsel's inspection.

Counsel has conferred with the Government and co-defendants regarding the requested continuance. Neither AUSA Aaron L. Smith nor Salvatore D. Intagliata, on behalf of co-defendant Richard Dean, oppose the request. Response was not received from counsel, Michael J. Schultz, for co-defendant Joshua Owen.

Such continuance outweighs the best interest of the public and the defendant in a speedy

trial, as set out in 18 U.S.C. § 3161(h)(7). Although delay resulting from a continuance granted by the district court is not automatically excluded from the Speedy Trial Act's 70-day time limit under 18 U.S.C. § 3161(h)(1), subsection (h)(7) provides "[m]uch of the Act's flexibility," *Zedner v. United States*, 547 U.S. 489, 498 (2009), and gives district courts "discretion…to accommodate limited delays for case-specific needs," *Id.*, at 499. Delay granted pursuant to § 3161(h)(7) may be excluded if the district court makes the findings required by 18 U.S.C. § 3161(h)(7). *Bloate v. United States*, 130 S. Ct. 1345, 2010 WL 757660, 176 L.Ed.2d 54 (2010).

The ends of justice would be served by this continuance, and a failure to grant the continuance would deprive defendant of the continuity of counsel and deny him reasonable time for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

WHEREFORE, counsel for defendant Steven Parish moves this Court for an order continuing the status conference by sixty days from the date currently scheduled.

Respectfully submitted,

s/Sylvia B. Penner
SYLVIA B. PENNER
Sup. Ct. No. 21640
Penner Lowe Law Group, L.L.C.
245 N. Waco, Ste 125
Wichita, KS 67202
Telephone: (316) 847-8847
Fax: (316) 847-8853
E-mail: spenner@pennerlowe.com

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2026, I electronically filed the foregoing MOTION FOR CONTINUANCE with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

s/Sylvia B. Penner

SYLVIA B. PENNER
Sup. Ct. No. 21640
Penner Lowe Law Group, L.L.C.
245 N. Waco, Ste 125
Wichita, KS 67202
Telephone: (316) 847-8847
Fax: (316) 847-8853
E-mail: spenner@pennerlowe.com