IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>STEVEN PARISH,<br>RICHARD DEAN<br>JOSHUA OWEN<br>Defendants. | Case No. 6:25-cr-10125-AJP-01 |

ORDER FOR CONTINUANCE

NOW on this 30th day of September 2026, the above matter comes before the Court upon the unopposed motion of counsel for Defendant Steven Parish to continue the status conference for sixty (60) days.

The Court, after reviewing the motion and being fully advised in the premises finds that additional time is needed for defendant and his counsel to analyze discovery, investigate the charges and determine possible defenses, and prepare pretrial motions.

Counsel for the government and the co-defendant, Richard Dean, have no objection to the requested continuance.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this order shall be excludable time as provided in 18 U.S.C. § 3161(h)(7) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This case is marked as COMPLEX a trial date will be set at a later time.

IT IS THEREFORE ORDERED that Defendant's Motion to Continue, Doc. 51, is hereby GRANTED and the status conference be continued to December 3 at 10:00 AM, in room 111.

HONORABLE ANTHONY J. POWELL
UNITED STATES DISTRICT COURT JUDGE